[No. 31585-1-III. Division Three. April 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MISAL CORTEZ-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-1-00042-4, John W. Lohrmann, J., entered March 4, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 31610-6-III. Division Three. April 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JAMES CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00532-2, Evan E. Sperline, J., entered April 16, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[Nos. 31678-5-III; 32259-9-III. Division Three. April 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L. SCHRECENGOST, *Appellant*.

*In the Matter of the Personal Restraint of* DANIEL L. SCHRECENGOST, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03210-9, Harold D. Clarke III, J., entered May 7, 2013, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *dismissed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.